**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**KIMBERLY MARGARET CONEY,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　Case No. 1:20-cv-72-AW-GRJ

**KILOLO KIJAKAZI, Acting
Commissioner of the Social Security
Administration,**

    **Defendant.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have carefully considered the magistrate judge's August 18, 2021 Report and Recommendation, ECF No. 18, to which no objections have been filed. I now conclude that the Report and Recommendation should be approved, and it is adopted and incorporated by reference into this order. The clerk will enter a judgment that states "The decision of the Commissioner is reversed, and the case is remanded under sentence four of 42 U.S.C. § 405(g) for a determination of Plaintiff's disability eligibility based on the total record, including the new evidence." The clerk will then close the file.

SO ORDERED on September 28, 2021.

                                                s/ *Allen Winsor*
                                                United States District Judge